BOWMAN, C.J.,
joined by BEAM, C.J., concurring.
For the reasons set forth in my dissenting opinion in Armento-Bey v. Harper, 68 *1069 F.3d 215, 216 (8th Cir.1995) (per curiam), I believe § 1983 damages claims of the sort that Ellis brings in the present case are barred by Heck v. Humphrey, 512 U.S. 477, 486-87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). It is my hope that our Court, sitting en banc, will have an opportunity to reconsider the Armento-Bey holding. Meanwhile, I recognize its binding force, and thus I concur in the decision to reverse and remand for further proceedings.